18 A.3d 192

IN THE MATTER OF JONATHAN S. BRISTOL, AN ATTORNEY
AT LAW (ATTORNEY NO. 007631985).

May 24, 2011.

## ORDER

**JONATHAN S. BRISTOL** of **NEW YORK, NEW YORK,** who
was admitted to the bar of this State in 1985, having pleaded
guilty in the United States District Court for the Southern Dis-
trict of New York to conspiracy to commit money laundering, in
violation of 18 *U.S.C.* § 1956, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–3(g)(4), **JONA-
THAN S. BRISTOL** is temporarily suspended from the practice
of law, pending the final resolution of ethics proceedings against
him, effective immediately and until the further Order of this
Court; and it is further

ORDERED that **JONATHAN S. BRISTOL** be restrained and
enjoined from practicing law during the period of his suspension;
and it is further

ORDERED that **JONATHAN S. BRISTOL** comply with *Rule*
1:20–20 dealing with suspended attorneys.